# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL CASTILLO,<br><br>        Plaintiff,<br><br>  v.<br><br>NAVIOT SEKHON, et al.,<br><br>        Defendants. | Case No. 2:24-cv-00703-PA (BFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, the records herein, and the Interim Report and Recommendation of the United States Magistrate Judge ("Report"). Further, the Court has engaged in a *de novo* review of those portions of the Report to which objections have been made.

      The Report recommends dismissal of Plaintiff's claims against Defendants in their official capacity because the claims are barred by the Eleventh Amendment. (ECF No. 15.) Plaintiff's Objections to the Report do not warrant a change to the Report's findings or recommendation. Plaintiff objects that Defendants are not entitled to qualified immunity. (ECF No. 17.) This objection is not responsive to the Report, which based its findings on the Eleventh Amendment. Thus, Plaintiff's objection is overruled.

     IT IS ORDERED that (1) the Interim Report and Recommendation is accepted and adopted; (2) all official-capacity claims against all Defendants are dismissed with prejudice and without leave to amend; (3) the First Amended Complaint shall be served on Defendants Sekhon and Chakrabarty.

DATED: August 7, 2024

                                        PERCY ANDERSON
                            UNITED STATES DISTRICT JUDGE