UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GABRIEL CASTILLO,<br><br>Plaintiff,<br><br>v.<br><br>NAVIOT SEKHON, et al.,<br><br>Defendants. | No. 2:24-cv-00703-PA-BFM<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S INTERIM REPORT AND RECOMMENDATION (ECF 43)** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, the records and files herein, the Magistrate Judge's Interim Report and Recommendation (ECF 43), and Defendants' Objection to the Interim Report and Recommendation (ECF 45). The Court has engaged in a de novo review of those portions of the Interim Report and Recommendation to which objections have been made. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Interim Report and Recommendation (ECF 43) is accepted.

2. Any Fourteenth Amendment claim raised by Plaintiff in the First Amended Complaint is dismissed with prejudice.

3. Defendants' Motion to Dismiss (ECF 32) is otherwise denied.

   4. Defendants shall file an Answer to the First Amended Complaint within 30 days of the date of this Order.

   5. The Court Clerk shall serve this Order on all counsel or parties of record.

DATED: May 21, 2025

                _____
                   PERCY ANDERSON
               UNITED STATES DISTRICT JUDGE