UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GABRIEL CASTILLO, | No. 2:24-cv-00703-PA-BFM |
| Plaintiff, | **ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |
| v. | |
| NAVIOT SEKHON, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, the records and files herein, and the Magistrate Judge's Report and Recommendation, and Plaintiff's Objections to the Report and Recommendation. The Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1.    The Report and Recommendation is accepted.

2.    Defendant's Motion for Partial Summary Judgment (ECF 53) is granted.

3.    All claims against Defendant Chakrabarty are dismissed.

4.    Plaintiff's negligence cause of action is dismissed as to all

Defendants.

5. The Court Clerk shall serve this Order on all counsel or parties of record.

DATED:  July 10, 2026

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE